```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38853
   FRANK PATRICK
   ADA PATRICK                                  CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-9848     SSN XXX-XX-6738


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/19/2004 and was confirmed 12/20/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

      The case was paid in full 07/29/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
BENSENVILLE COMMUNITY CU   SECURED           3734.52        408.17        3734.52
BENEFICIAL ILLINOIS        CURRENT MORTG         .00           .00            .00
BENEFICIAL ILLINOIS        CURRENT MORTG         .00           .00            .00
ASSOC IN DIGESTIVE DISEA   UNSECURED       NOT FILED          .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         2845.47          .00        2845.47
CREDIT FIRST               UNSECURED          286.16          .00         286.16
CVT SURGEONS               UNSECURED       NOT FILED          .00            .00
DOMINGO J DE LA FUENTE M   UNSECURED       NOT FILED          .00            .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED       NOT FILED          .00            .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED       NOT FILED          .00            .00
HOUSEHOLD AUTO FINANCE     UNSECURED       NOT FILED          .00            .00
MCI                        UNSECURED       NOT FILED          .00            .00
PATHOLOGY CHP SC           UNSECURED       NOT FILED          .00            .00
PATHOLOGY CHP SC           UNSECURED       NOT FILED          .00            .00
RAUL VILLASUSO MD          UNSECURED       NOT FILED          .00            .00
RAUL VILLASUSO MD          UNSECURED       NOT FILED          .00            .00
VILLAGE OF BELLWOOD        UNSECURED       NOT FILED          .00            .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED          .00            .00
WESTLAKE COMMUNITY HOSPI   UNSECURED       NOT FILED          .00            .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED          .00            .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED          .00            .00
WESTLAKE COMMUNITY HOSPI   UNSECURED       NOT FILED          .00            .00
WESTLAKE HOSPITAL          UNSECURED       NOT FILED          .00            .00
WESTLAKE MEDICAL ASSOC     UNSECURED       NOT FILED          .00            .00
MEDICAL IMAGINING PROGES   UNSECURED       NOT FILED          .00            .00
NORTHERN IL EMERG & OCC    UNSECURED       NOT FILED          .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY      2,194.00                     2,194.00
TOM VAUGHN                 TRUSTEE                                         576.08
DEBTOR REFUND              REFUND                                          212.24

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 38853 FRANK PATRICK & ADA PATRICK
```

```
-------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                10,256.64

PRIORITY                                              .00
SECURED                                          3,734.52
    INTEREST                                       408.17
UNSECURED                                        3,131.63
ADMINISTRATIVE                                   2,194.00
TRUSTEE COMPENSATION                               576.08
DEBTOR REFUND                                      212.24
                       ---------------       ---------------
TOTALS                 10,256.64                 10,256.64
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/29/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 04 B 38853 FRANK PATRICK & ADA PATRICK